[No. 7485-7-I. Division One. April 21, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. STEWART EUGENE MYERS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10020, Byron L. Swedberg, J., entered February 16, 1979. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow, C.J., and Durham–Divelbiss, J.

[No. 7731-7-I. Division One. April 21, 1980.]

*In the Matter of the Marriage of* ROBERT MURRAY CUNNINGHAM, *Appellant, and* NETTIE MARGARET CUNNINGHAM, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D-121268, Stanley E. Stone, J. Pro Tem., entered June 12, 1979. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by James and Ringold, JJ.

[No. 7746-5-I. Division One. April 21, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. EUNICE J. PALMER, *Appellant.*

Appeal from judgments of the Superior Court for King County, Nos. J-86315, J-87191, J-87192, H. Joseph Coleman, J., entered July 3, 1979. *Reversed* by unpublished opinion per Dore, J., concurred in by James, A.C.J., and Ringold, J.